UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRUMKES, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TESLA INC., a Delaware Corporation, d/b/a TESLA MOTORS INC,<br><br>　　　　　　　　Defendant. | Case No.: 21-cv-00129-L-MSB<br><br>**ORDER ON JOINT MOTION [DOC NO. 5]** |

　　　Pending before the Court is Joint Motion Regarding Arbitration. (Doc. No. 5 ("Joint Motion")). Prior to filing the pending Joint Motion, Defendant Tesla, Inc., obtained a hearing date for a motion to compel arbitration set for March 29, 2021. Pursuant to the Joint Motion, the parties agree that this entire action, including any defenses, should be resolved by binding arbitration conducted by the American Arbitration Association based on the arbitration provision in the Motor Vehicle Purchase Agreement for the vehicle that is the subject of the above-titled action. The parties request to stay this action pending arbitration pursuant to 9 U.S.C. sect. 3. Notwithstanding the language of 9 U.S.C. sect. 3, a district court may either stay the action or dismiss it outright when, as here, all the claims raised

in the action are subject to arbitration. *Johnmohammadi v. Bloomingdale's*, Inc., 755 F.3d 1072, 1074 (9th Cir. 2014).

Based on the foregoing, it is hereby ordered:

1. This entire action and all claims asserted therein are hereby ordered to binding arbitration.
2. The hearing on Defendant's motion to compel arbitration, set for March 29, 2021, is **VACATED**.
3. This action is dismissed without prejudice.
4. This Order does not preclude either party from returning to court to confirm, vacate, or modify the arbitration award as provided in 9 U.S.C. sect. 1 *et seq*.

**IT IS SO ORDERED.**

Dated:  March 1, 2021

_____
Hon. M. James Lorenz
United States District Judge